IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **17 CR 101 CVE** |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | [COUNTS 1 through 3: 18 U.S.C. § |
| v. | ) | 875(c) - Interstate Communication of |
| | ) | a Threat] |
| BRENT L. UNDERWOOD, | ) | |
| | ) | |
| Defendant. | ) | |

THE GRAND JURY CHARGES:

### COUNTS ONE THROUGH THREE
[18 U.S.C. § 875(c)]

At all times relevant to this Indictment:

### INTRODUCTION

1. On or about September 16, 2016, a Tulsa Police Officer shot and killed a resident of Tulsa, Oklahoma. As a result, the Tulsa World, national news organizations, local news affiliates, and multiple social media outlets discussed, reported, and otherwise opined about the facts and circumstances surrounding the fatal shooting.

2. On or about May 22, 2017, the defendant, **BRENT L. UNDERWOOD**, utilized a public forum, that is, a Facebook account number 100011634014898, to post photographs and messages.

3. On May 22, 2017, the defendant posted two photographs of two police officers who appeared to have been executed while sitting in their patrol car. The photos depict at least one head wound and show the police officers slumped over in the front seat.

4. On May 22, 2017, in response to the post and photographs discussed in paragraph 3 above, individuals posted public messages to defendant's public Facebook page. Thereafter, the defendant responded by posting additional messages to his public Facebook page.

## THREATENING COMMUNICATIONS

5. On or about the dates stated in the table below, in the Northern District of Oklahoma and elsewhere, the defendant, **BRENT L. UNDERWOOD**, using his public Facebook account number 100011634014898, knowingly transmitted in interstate commerce from the State of California to the State of Oklahoma the communications described in the table below, that contained threats to injure the persons of others, that is, law enforcement officers whose identities are known to the Grand Jury, to-wit:

| COUNT | DATE | THREAT |
| --- | --- | --- |
| ONE | 5-22-17 | Threatened to injure officers with the Tulsa Police Department, by posting a graphic photograph of two slain officers in a patrol car, followed by three explanatory messages threatening to shoot and kill officers. |
| TWO | 5-22-17 | Threatened to injure with the Tulsa Police Department by posting a message threatening to blow up police officers. |
| THREE | 5-22-17 | Threatened to injure officers with the Tulsa Police Department by posting a message threatening to shoot and kill officers. |

All in violation of Title 18, United States Code, Section 875(c).

| | |
|---|---|
| LORETTA F. RADFORD<br>ACTING UNITED STATES ATTORNEY | A TRUE BILL |
| _____<br>ALLEN J. LITCHFIELD<br>Assistant United States Attorney | /s/ *Grand Jury Foreperson*<br>Grand Jury Foreperson |